UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

..................................

QUALITY EXPRESS
        Plaintiff,        1:99 cv 07358(CRW)

-against-

                            ORDER

STERLING PROMOTIONAL CORP.

        Defendant.

..................................

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JAN 10 2006 ★
BROOKLYN OFFICE

Based on the status report from plaintiff's counsel dated December 5, 2005, the court concludes that the issues in this federal lawsuit may never need further court proceedings. Final judgment or settlement in the related Westchester (New York) Supreme Court action may resolve this federal case and, in any event, may not be completed in the near future.

The court now dismisses this lawsuit administratively, without prejudice to any party seeking and obtaining reinstatement should the New York State Court lawsuit not resolve related issues in this case.

SO ORDERED.

Dated this 5th day of January, 2006.

                      /s/ Hon. Charles R. Wolle
                      CHARLES R. WOLLE, JUDGE
                      U.S. DISTRICT COURT