UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

..............................................
QUALITY EXPRESS
        Plaintiff,

-against-

STERLING PROMOTIONAL CORP.

        Defendant.
..............................................

1:99 cv 07358(CRW)

ORDER

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 10 2006 ★
BROOKLYN OFFICE

By agreement of the parties, this case is now dismissed with prejudice.

SO ORDERED.

Dated this 3rd day of May, 2006.

                                    s/Charles Wolle
                                    CHARLES R. WOLLE, JUDGE
                                    U.S. DISTRICT COURT